# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 22, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

138952(69)

MYRIAM VELEZ,
      Plaintiff-Appellee,

v

SC: 138952
COA: 281136
Wayne CC: 04-402161-NH

MARTIN TUMA, M.D.,
      Defendant-Appellant.
_____/

     On order of the Court, the motion for reconsideration of this Court's October 22, 2010 order is considered, and it is GRANTED. We VACATE that part of our order that denied the application for leave to appeal the April 16, 2009 judgment of the Court of Appeals. On reconsideration, the application for leave to appeal is considered, and it is GRANTED, limited to the issue whether the Court of Appeals correctly held that the setoff amount in this case was properly set off against the jury verdict, before application of the noneconomic damages cap of MCL 600.1483 and calculation of the final judgment.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2011

Clerk

d0615